**ENVIRONMENTAL SAFETY CONSULTANTS, INC. and Peter C. Nwogu, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–5081.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2011.

Francis O. Kadiri, Stone Mountain, GA, for Plaintiffs–Appellants.

David F. D'Alessandris, Department of Justice, Washington, DC, for Defendant–Appellee.

### ON MOTION

### ORDER

The appellants move for the reinstatement of his appeal and for a 45–day exten-

900

sion of time, until September 16, 2011, to file his initial brief.

Any motion to reconsider the dismissal of this appeal was due no later than 14 days after the court dismissed this appeal. Fed. Cir. R. 45(a)(1). The appeal was dismissed on July 15, 2011. The motion to reinstate was filed on August 4, 2011, or 20 days after entry of the dismissal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are rejected as untimely. The revised official caption is reflected above.